**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HAOCHENG LI,

Petitioner,

v.

WARDEN, Desert View Facility, et al.,

Respondents.

Case No. 5:26-cv-06897-SK

**ORDER GRANTING HABEAS PETITION**

A File No. 249-386-763

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 petition is granted. *See Cheng v. Warden of Adelanto ICE Proc. Ctr.*, --- F. Supp. 3d ---, 2026 WL 2629685 (C.D. Cal. Sept. 7, 2026). Petitioner HAOCHENG LI (A# 249-386-763) is ordered released from ICE detention forthwith on an order of release on recognizance (OREC) with petitioner's signed acknowledgment. Judgment in petitioner's favor will be entered accordingly.

IT IS SO ORDERED.

DATED: November 18, 2026

STEVE KIM
United States Magistrate Judge