**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HAOCHENG LI,

Petitioner,

v.

WARDEN, Desert View Facility, et al.,

Respondents.

Case No. 5:26-cv-06897-SK

**JUDGMENT**

A File No. 249-386-763

In accordance with the Court's Order Granting Habeas Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 petition is granted in Petitioner's favor with HAOCHENG LI (A# 249-386-763) to be released from ICE detention forthwith on an order of release on recognizance (OREC) with petitioner's signed acknowledgment.

DATED: November 18, 2026

STEVE KIM
United States Magistrate Judge